1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL DEWAYNE ALLEN,                    No.  2:15-cv-1637 AC P

12                  Petitioner,

13         v.                                  ORDER

14   CALIFORNIA STATE PRISON - SAC,

15                  Respondent.

16

17          This petition for writ of habeas corpus was dismissed on May 25, 2016.  ECF Nos. 13, 14.

18   Petitioner has now filed a request for appointment of counsel in which he asserts that he did not

19   understand the court's previous orders and that he meant to file a civil rights complaint rather

20   than a habeas petition.  ECF No. 15.  Even if petitioner did not understand what information the

21   court was asking him to provide, he failed to respond to the court's previous orders in any way,

22   even if only to notify the court that he did not understand what was being asked of him.

23   Petitioner has not shown good cause to re-open this case and it will therefore remain closed and

24   his request for counsel will be denied.  However, the Clerk of the Court will be directed to send

25   petitioner a prisoner complaint form in the event he wants to pursue a separate civil rights action.

26          Accordingly, IT IS HEREBY ORDERED that:

27          1.  Petitioner's motion for appointment of counsel (ECF No 15) is denied.

28   ////

1      2.  This case will remain closed and any further filings in this case will be disregarded and

2  no orders will issue in response to future filings.

3      3.  The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint

4  form used in this district.

5  DATED: January 10, 2017

6  _____
   ALLISON CLAIRE
7  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28